New York Title and Mortgage Company, Respondent, v. 227 Haven Avenue, Inc., Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Morris Feinberg, Respondent, against Ethel Feinberg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Rosol Holding Corporation, Respondent, v. Charles J. Cohen and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Hamburg-American Line, Appellant, for a Stay of the Trial of the Action by Frank Kipp, Respondent, against Hamburg-American Line in the City Court of the City of New York, Pursuant to Section 5 of the Arbitration Law.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [134 Misc. 481.]

John Alvin Young, Respondent, v. Arthur B. Leach, Individually and as a Member of the Partnership of A. B. Leach & Co., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Rosoff Subway Construction Co., Inc., and Others, Appellants, Respondents, v. National Liberty Insurance Company of America and Others, Respondents, Appellants.— Order so far as appealed from modified by further denying motion for a bill of particulars as to items 8 and 13, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Raoul Alevra, Respondent, v. Marie Louise De Hasperg, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion in said respects granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Ira L. Miller, as Trustee, etc., of Peter Lorillard, Deceased, for the Payment, etc., to the Credit of the " Unknown Owner " of Damage Parcel No. 5 Acquired by the City of New York in a Proceeding Instituted to Acquire Title, etc., to Certain Lands Required for the Opening and Extending of Morris Street, So-called, from the Bronx River to Old Boston Post Road, and for the Distribution of Said Sum in Accordance with the Terms of the Last Will and Testament of Peter Lorillard, Deceased.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Irene Donau, an Alleged Insane Person, Appellant, against Bertram Raff, Substituted Committee, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.